**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

DAVID TRISTAN,            §
Plaintiff                  §
                        §       CIVIL ACTION NO. 5:14-cv-544
vs.                    §
SILVERLEAF RESORTS, INC,    §
Defendant           §

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned. For these reasons, the parties ask the Court to dismiss this suit with prejudice.

Respectfully submitted,

/s/ Russell S. Thompson IV
Russell S. Thompson IV
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave D106-618
Mesa, AZ 85206
Telephone:    (602) 388-8898
Facsimile:     (866) 317-2674
rthompson@consumerlawinfo.com

/s/ Mark A. Shoffner
Mark A. Shoffner
Texas State Bar No. 24037490
markshoffner@andrewskurth.com

1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401
ATTORNEYS FOR DEFENDANT
SILVERLEAF RESORTS, INC.

## **CERTIFICATE OF SERVICE**

I certify that on October 15, 2015, I electronically filed the foregoing Motion to Dismiss with the clerk of the U.S. District Court, Western District of Texas, San Antonio Division, using the electronic case filing system of the court. Notification of the foregoing was sent electronically via the court's electronic case filing system to counsel of record.

s/Tracy Neverman
Tracy Neverman