IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| DAVID TRISTAN, | § | |
| --- | --- | --- |
| Plaintiff | § | |
| v. | § | No. SA-14-CA-544 |
| SILVERLEAF RESORTS, INC., | § | |
| Defendant | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

On November 6, 2014, the Court entered an order granting the Defendant's motion to compel arbitration and dismissing the instant case without prejudice (Docket No. 12). On October 15, 2015, the Plaintiff and the Defendant filed a joint motion to dismiss with prejudice (Docket No. 13). The Court finds that the Plaintiff and the Defendant have settled and compromised their differences, and that the following orders should be entered.

It is ORDERED that the joint motion to dismiss with prejudice (Docket No. 13) be, and it is hereby, GRANTED.

It is further ORDERED that this cause be, and it is hereby, DISMISSED WITH PREJUDICE, with each party to bear his own costs.

SIGNED AND ENTERED THIS 20th day of October, 2015.

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE